COMMONWEALTH *vs.* EMORY W. SHAW.

Norfolk.   January 12. — 15, 1883.   FIELD & W. ALLEN, JJ., absent.

It is no defence to an indictment for an assault upon a child with intent to carnally know and abuse her, that the defendant, in making the assault, threw the child into such a position that it was impossible for him to accomplish his purpose of ravishing her.

INDICTMENT for an assault upon a female child under the age of ten years, with intent to carnally know and abuse her.

At the trial in the Superior Court, before *Aldrich*, J., the evidence introduced by the government tended to prove that

the child assaulted was thrown down upon her hands and knees on the floor; that the defendant, while the child was in that position, attempted to have carnal knowledge of her body; and that her private parts were then and there lacerated by the defendant, and blood caused to flow therefrom.

The defendant introduced evidence tending to prove that it was physically impossible for him to have had carnal knowledge of the child in the position described; and asked the judge to rule that, " if from the position of the child it was physically impossible for the defendant to ravish her, he cannot be convicted of an assault with intent to carnally know and abuse her." The judge declined so to rule ; but ruled that, if the defendant assaulted the child with intent carnally to know and ravish her, the jury would be authorized to convict him, although he might have found it, in making the attempt, physically impossible to consummate his intent by actual sexual intercourse with the body of the child in the position before described.

The jury returned a verdict of guilty; and the defendant alleged exceptions.

*J. L. Eldridge*, for the defendant.

*G. Marston*, Attorney General, for the Commonwealth.

BY THE COURT. The defendant, having assaulted the child with the intent to carnally know and abuse her, was properly convicted, although in his assault he threw her into such a position that it was impossible for him to accomplish his purpose of ravishing her. The fact that he failed in his attempt is no defence. The instructions were right.

*Exceptions overruled.*